UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHAAD A. TAYLOR,

                         Plaintiff,

                -against-

SGT. THOMAS HENSON, et al.,

                     Defendants.

25-CV-4867 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff filed this action on June 9, 2025, alleging that various state actors were liable for unlawful stopping and using force against him. ECF No. 1. Plaintiff's request to proceed *in forma pauperis* ("IFP")—that is, without prepayment of fees—was granted. ECF No. 5. The case was reassigned to the undersigned on March 19, 2026, and on April 3, 2026, the Court dismissed all defendants but Sergeant Christopher J. Fitton and permitted Plaintiff to amend his complaint to include claims against Sergeant Thomas Henson. ECF No. 7. The Court also directed service by the U.S. Marshals on Defendant Fitton. *Id.* Defendant Fitton has not yet been served. On May 18, 2026, Plaintiff filed an amended complaint, which includes an allegation against Sergeant Henson. ECF No. 10.

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013). To allow Plaintiff to effect service on Defendant Henson through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant Henson. He may receive service at the address below:

Sergeant Thomas Henson # 1934
New York State Police
55 Crystal Run Road
Middletown, New York 10941

The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service

all the paperwork necessary for the Marshals Service to effect service upon Defendant Henson. If

the complaint is not served within 90 days after the date the summons is issued, Plaintiff should

request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).

Accordingly, the Clerk of Court is instructed to issue a summons for Defendant Henson,

complete the USM-285 form with the address for this Defendant Henson, and deliver all

documents necessary to effect service to the U.S. Marshals Service. The Clerk of Court is also

directed to reinstate Defendant Henson to the docket and mail a copy of this order to Plaintiff.

Dated: May 21, 2026
      White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge