UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
RASHAAD A. TAYLOR,

                       Plaintiff,                        **ORDER**

          -against-                     25 Civ. 4867 (JGLC) (AEK)

TPR. / SGT. CHRISTOPHER J. FITTON #1310
and SGT. THOMAS HENSON #1934,

                        Defendants.
--------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

In accordance with the Court's order, ECF No. 7, Plaintiff has filed an Amended Complaint, ECF No. 10. Since the U.S. Marshals Service ("USMS") has already served Defendant Fitton with the original Complaint, *see* ECF No. 12, the USMS does not need to serve Defendant Fitton with the Amended Complaint. But to ensure that Defendant Fitton has a copy of the current operative pleading, Plaintiff must mail a copy of the Amended Complaint to him.

Accordingly, **by no later than June 12, 2026**, Plaintiff must mail a copy of the Amended Complaint to Defendant Fitton at the following address:

> Trooper/Sergeant Christopher J. Fitton #1310
> New York State Police
> 1 Memorial Drive
> Croton-on-Hudson, New York 10520.

Then, b**y no later than June 18, 2026**, Plaintiff must file a letter with the Court to confirm that he has mailed a copy of the Amended Complaint to Defendant Fitton.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: May 28, 2026
      White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge

2
