UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
RASHAAD A. TAYLOR,

Plaintiff,

-against-

TPR. / SGT. CHRISTOPHER J. FITTON #1310 and SGT. THOMAS HENSON #1934,

Defendants.
----------------------------------------------------------x

**ORDER**

25 Civ. 4867 (JGLC) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Plaintiff has filed his opposition to Defendants' motion to dismiss. *See* ECF No. 25. It is possible that the motion to dismiss may be dispositive of some or all of Plaintiff's claims, which would narrow or eliminate the need for discovery. Accordingly, for efficiency and to conserve the parties' resources, the Court hereby stays all discovery pending resolution of the motion to dismiss.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff

Dated: November 12, 2026
White Plains, New York

**SO ORDERED.**

Andrew Krause

ANDREW E. KRAUSE
United States Magistrate Judge